# APPENDIX 2

Affidavit of Neil Guthrie

HINKLE ELKOURI LAW FIRM L.L.C.
2000 Epic Center
301 North Main
Wichita, Kansas 67202
Telephone: (316) 267-2000
Facsimile: (316) 264-1556

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNIFIED SCHOOL DISTRICT NO. 259,
    *Plaintiff,*

vs.

KANSAS ADVOCACY & PROTECTIVE
SERVICES, INC.,
    *Defendant.*

Case No. 04-1279-JTM

## AFFIDAVIT OF NEIL GUTHRIE

STATE OF KANSAS    )
                        ) ss:
COUNTY OF SEDGWICK  )

COMES NOW NEIL GUTHRIE, who, being duly sworn upon his oath, states as follows:

1. I am the Division Director of Special Education and Support Services for Unified School District No. 259. I have held this position for 4 years.

2. As referenced in the Stipulated Facts in the above-referenced matter, Dominique Griffin and her mother contacted Kansas Advocacy & Protective Services, Inc. (now Disability Rights Center of Kansas) regarding the special education services she was receiving in her homebound placement. Kansas Advocacy & Protective Services, Inc. filed a request for a due process hearing on Dominique's behalf on May 24, 2004, and the parties have settled all issues related to that request.

3. The District is required by state and federal law to provide a continuum of services to special education students. This means that the District must have a wide variety of placements available.

4. The state regulations define "homebound instruction" as the "delivery of special education and related services in the home of a child with a disability." K.A.R. § 91-40-1(ee). The homebound program is intended to be used by students who are unable to attend school due to a medical condition, as recommended by a physician. While most students are placed on homebound services for a short period of time, some students have chronic medical conditions which prevent them from attending school. For those students, the homebound program sends a teacher and, if necessary, related services providers to the student's home. This enables the student to continue to receive educational benefit.

FURTHER AFFIANT SAYETH NOT.

_____
Neil Guthrie

SUBSCRIBED AND SWORN to before me, a Notary Public, this 18th day of May, 2005.

_____
Notary Public

My Appointment Expires:

9-25-2007



DEBRA PALOMINO
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-25-07